Date of Arrest: 10/01

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Fredy GARCIA-Vega<br>AKA: None Known<br>078907073<br>YOB: 1979<br>Citizen of: Mexico<br><br>Defendant | Magistrate Case No. 16-1776 MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about October 1, 2016 Defendant Fredy GARCIA-Vega, an alien, was found in the United States at or near Wellton, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of El Paso, Texas, on or about September 16, 2016. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Signature of Complainant
Miguel Toledo
Border Patrol Agent

Sworn to before me and subscribed in my presence,

_____October 03, 2016_____ at _____Yuma, Arizona_____
Date                                          City and State

James F Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Fredy GARCIA-Vega
AKA: None Known
078907073

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 1, 2016, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Las Vegas, Nevada on or about March 28, 2016. The Defendant was most recently removed on or about September 16, 2016, through the port of El Paso, Texas, subsequent to a conviction in a Superior Court, State of Utah, County of Washington, on or about March 7, 2003, for the crime of Illegal Poss/Use of Controlled Substances, a felony.

Agents determined that on or about October 1, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Signature of Complainant

Sworn to before me and subscribed in my presence,

_____October 03, 2016_____
Date

Signature of Judicial Officer

-2-

## Probable Cause Statement

*I, Border Patrol Agent Miguel Toledo, declare under penalty of perjury, the following is true and correct:*

Defendant:           **Fredy GARCIA-Vega**

Dependents:          FOUR MEXICAN CHILDREN

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on three (3) previous occasions. The Defendant has been removed a total of three (3) times.

### CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 03/28/2003 | Las Vegas, Nevada | | Ordered Removed from the US (IJ) |
| 09/06/2016 | El Paso, Texas | | Removed from the US (REIN)(ICE) |
| 03/07/2003 | St. George, Utah | Illegal Poss/Use of Controlled Substance | 18 Months Probation |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 1, 2016, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Las Vegas, Nevada on or about March 28, 2016. The Defendant was most recently removed on or about September 16, 2016, through the port of El Paso, Texas, subsequent to a conviction in a Superior Court, State of Utah, County of Washington, on or about March 7, 2003, for the crime of Illegal Poss/Use of Controlled Substances, a felony.

Agents determined that on or about October 1, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Executed on: **October 02, 2016**          Time: **08:21 AM MST**

Signed: **Miguel Toledo, Border Patrol Agent**